THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Barbara M.
 Robinson, Appellant,
 v.
 Venture
 Capital, Inc. and KML Holdings, Inc., Respondents.
 
 
 

Appeal from Greenville County
 Charles B. Simmons, Jr., Circuit Court
 Judge
Memorandum Opinion No. 2008-MO-002
Heard December 4, 2007  Filed January 14,
 2008    
AFFIRMED

 
 
 
 Melvin
 R. Hutson, of Greenville, for Appellant.
 James
 L. Rogers, Jr. and Zandra L. Johnson, both of Leatherwood, Walker, Todd &
 Mann, of Greenville, for Respondents.
 
 
 

PER CURIAM:  The order on appeal is affirmed. 
 Appellant and/or her agents, assigns, and successors, if any, shall have ninety
 days from the date this opinion is filed to allow respondents and/or their
 representatives to enter the subject properties and implement the plan of
 relief approved in the circuit court order filed October 12, 2005.  This
 ninety-day period will not be stayed by the filing of any motions in this Court
 or the circuit court.  Failure of appellant to comply with this opinion within
 the period stated will extinguish any entitlement of appellant to any relief
 from respondents.
AFFIRMED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.